IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEARS, ROEBUCK AND CO | : | CIVIL ACTION |
| 3333 Beverly Road, Hoffman Estates, Illinois. | : | |
| | : | |
| v. | : | NO. 02-CV-3461 |
| | : | |
| ONE BEACON INSURANCE GROUP | : | JURY TRIAL DEMANDED |
| 1 Beacon Street, Boston Massachusetts | : | |
| | : | |
| and | : | |
| | : | |
| WINSTON FURNITURE COMPANY, INC. | : | |
| Suite 700, One Independence Place, | : | |
| Birmingham, Alabama | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The matter in difference in the above entitled action having been settled by and between the parties, it is hereby stipulated and agreed that all claims of plaintiff's, Sears, Roebuck and Co., Complaint against defendant, One Beacon Insurance Group and Winston Furniture Company, Inc., are hereby dismissed with prejudice without costs against any party.

**LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY**

BY: _____
ROBERT L. SANZO, ESQUIRE
Attorney for Plaintiff,
Sears, Roebuck and Co.

**RAWLE & HENDERSON**

BY: _____
FRED BUCK, ESQUIRE
Attorney for Defendant,
Winston Furniture Company, Inc.

**CONNOR WEBER & OBERLIES**

BY: _____
JOSEPH P. CONNOR, III, ESQUIRE
Attorney for Defendant,
One Beacon Insurance Group

784215